JOHN DI CAPUA, PLAINTIFF-RESPONDENT, v. NEW JERSEY NATURAL GAS COMPANY, DEFENDANT-PETITIONER.

*Messrs. Schreiber & Lancaster* and *Mr. Gerald W. Conway* for the petitioner.

*Messrs. Drazin, Warshaw, Auerbach & Rudnick* for the respondent.

March 26, 1969. Denied.

RONALD GABIN, AN INFANT BY HIS GUARDIAN *AD LITEM*, NATHAN GABIN, *ET AL*, PLAINTIFFS-PETITIONERS, v. SKYLINE CABANA CLUB, DEFENDANT-RESPONDENT.

*Messrs. Warren, Chasan Leyner & Holland* for the petitioners.

*Mr. Philip M. Lustbader* and *Mr. Aaron Dines* for the respondent.

March 26, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. FRANK SMITH, DEFENDANT-RESPONDENT.

See same case below : 101 *N. J. Super.* 10.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the petitioner.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the respondent.

March 26, 1969. Denied.